UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CELSIUS CUSTOMER PREFERENCE
ACTIONS                                          25-cv-7328 (JGK)

---
                                                  ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the

defendants' motion to withdraw the reference to the bankruptcy

court on **Monday, November 24, 2025 at 2:30 p.m.**, in Courtroom

23B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          November 20, 2025

                                          John G. Koeltl
                                  United States District Judge