```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

IN RE CELSIUS CUSTOMER PREFERENCE
ACTIONS                                              25-cv-7328 (JGK)

-----------------------------------------           ORDER

**JOHN G. KOELTL, District Judge:**

On November 20, 2025, the Court scheduled oral argument on the defendants' motion to withdraw the reference to the bankruptcy court for November 24, 2025 at 2:30 p.m. If any party is unable to participate in person, that party may join by telephone.

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:   New York, New York
         November 21, 2025

                                          _____
                                             John G. Koeltl
                                          United States District Judge